■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LAJARA, Appellant. [855 NYS2d 407]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Erie County, Richard C. Kloch, Sr., A.J.— 2005 Drug Law Reform Act). Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELTEADRO SCOTT, Appellant. [855 NYS2d 407]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Unauthorized Use of a Motor Vehicle, 3rd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.